IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE:                                    )
                                          )  Case No.  11-20140-11-rdb
ICOP DIGITAL, INC.                        )  Chapter 11
                Debtor.                   )
                                          )

**AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS
AND TO SCHEDULES A (REAL PROPERTY),
E (UNSECURED PRIORITY CREDITORS) AND F (UNSECURED CREDITORS)**

COMES NOW ICOP Digital, Inc. the Debtor and Debtor-in-possession herein, by and through counsel, Joanne B. Stutz of Evans & Mullinix, P.A., and amends its Statement of Financial Affairs and Schedules A and F to provide the following information.

Statement of Financial Affairs:

Question 9:  Payments related to debt counseling or bankruptcy.

On January 19, 2011, Evans & Mullinix, P.A. received from the Debtor the sum of $5,000.00, which was applied to current attorneys fees.  On January 20, 2011, the Debtor paid to Evans & Mullinix, P.A. the filing fee for this case in the amount of $1,039.00.

Schedule A:

The Debtor amends Schedule A to correct the description of the property, as indicated on the attached amendment.

Schedules E and F:

The Debtor amends Schedules E and F to add representatives for creditors already listed and to add creditors, as indicated on the attached amendment.  The creditors added to Schedule E have already been receiving notices in this case.

The Debtor declares under the penalty of perjury that it has read the foregoing amendments, and that they are true and correct to the best of its knowledge, information, and belief.

                                          ICOP DIGITAL, INC


                                          */s/ David C. Owen*
                                          By:  David C. Owen, Chairman/CEO

In the United States Bankruptcy Court
District of Kansas, Kansas City Division
In re: ICOP Digital, Inc.
Case No.: -11-20014-11-rdb
AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS AND TO SCHEDULES A (REAL PROPERTY),
E (UNSECURED PRIORITY CREDITORS) AND F (UNSECURED CREDITORS)

        Respectfully Submitted:

        EVANS & MULLINIX, P.A.


        */s/ Joanne B. Stutz*
        Joanne B. Stutz, KS #12365; MO #30820
        7225 Renner Road, Suite 200
        Shawnee, KS 66217
        (913) 962-8700; (913) 962-8701 (Fax)
        jbs@evans-mullinix.com
        *Attorneys For Debtor*


## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served electronically to these parties who have entered an appearance in the court's Electronic Court Filing (ECF) System on the date entered on the court's docket.


        */s/ Joanne B. Stutz*
        Joanne B. Stutz

In re  ICOP Digital, Inc. , Case No. 11-20140
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Approximately 11.63 acres of vacant land located at the Northeast corner of College Boulevard and Renner Road in Lenexa, Kansas. | Fee Simple (value based on Kessinger-Hunter appraisal) | - | 1,100,000.00 | 479,984.97 |

|  |  |  |
|---|---|---|
| Sub-Total > | 1,100,000.00 | (Total of this page) |
| Total > | 1,100,000.00 |  |

 0  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

.

In re   ICOP Digital, Inc.                                          ,   Case No.   11-20140
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____2_____ continuation sheets attached

In re    ICOP Digital, Inc.    ,    Case No.   11-20140
    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 1<br>Attorney Genl Office<br>Calif Dept of Justice<br>Attn: Public Inquiry Unit<br>PO Box 944255<br>Sacramento, CA 94244 | | - | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>Creditor #: 2<br>Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | - | For notice purposes only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>US Attorney - Kansas<br>Rm 360<br>500 State Avenue<br>Kansas City, KS 66101 | | | Representing:<br>Internal Revenue Service | | | | Notice Only | | |
| Account No.<br>Creditor #: 3<br>Minnesota Atty General<br>1400 Bremer Tower<br>445 Minnesota Street<br>Saint Paul, MN 55101 | | - | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>Creditor #: 4<br>N. Carolina Atty General<br>9001 Mail Service Center<br>Raleigh, NC 27699 | | - | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |

Sheet  1  of  2  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    0.00
(Total of this page)    0.00    0.00

In re   ICOP Digital, Inc.  ,   Case No.   11-20140
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 5<br>S. Carolina Atty Gen<br>Rembert Dennis Building<br>1000 Assembly Street, Rm 519<br>Columbia, SC 29201 | | - | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>Creditor #: 6<br>Washington St. Atty Gen<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504 | | - | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  2  of  2   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  0.00   0.00   0.00

Total
(Report on Summary of Schedules)  0.00   0.00   0.00

In re  ICOP Digital, Inc.  ,  Case No.  11-20140
                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 1<br>ALPHA CAPITAL<br>C/O LH FINANCIAL<br>2ND FLOOR<br>150 CENTRAL PARK SOUTH<br>New York, NY 10019 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 2<br>ALPINE SECURITIES<br>440 East 400 South<br>Salt Lake City, UT 84111 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 3<br>AMERIPRISE FINANCIAL<br>834 Ameriprise Financial Ctr<br>Minneapolis, MN 19101 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 4<br>ASSENT<br>5 Marine Blue Plaza<br>Suite 102<br>Hoboken, NJ 07030 | | - | Broker | | | | 0.00 |
|   13   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 0.00 |

In re ICOP Digital, Inc.,   Case No. 11-20140
          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Creditor #: 5 <br> BMO NESBITT BURNS INC. <br> 1 First Canadian Place <br> Toronto, ON M5X 1H3 <br> CANADA | | - | Broker | | | | 0.00 |
| Account No. <br> Creditor #: 6 <br> BNY MELLON <br> 1 Wall St., 10th Fl. <br> New York, NY 10286 | | - | Broker | | | | 0.00 |
| Account No. <br> Creditor #: 7 <br> Borough of Woodbury Hts PD <br> 500 Elm Avenue <br> Woodbury Heights, NJ 08097 | | - | 10/29/2010 <br> Installations <br><br> Amended 2/11 to add representative | | | | 1,750.00 |
| Account No. <br> Brian D. Lozuke <br> 131 Delaware Street <br> Woodbury, NJ 08096 | | | Representing: <br> Borough of Woodbury Hts PD | | | | Notice Only |
| Account No. <br> Creditor #: 8 <br> BROWN BROTHERS HARRIMAN & CO. <br> 140 Broadway <br> New York, NY 10005 | | - | Broker | | | | 0.00 |

Sheet no. 1 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,750.00

In re  ICOP Digital, Inc. ,  Case No.  11-20140
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 9<br>CHARLES SCHWAB & CO.<br>44 Wall Street<br>New York, NY 10005 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 10<br>CIBC WORLD MARKETS<br>161 Bay St<br>Brookfield Place<br>Toronto, ON M5J 2S8<br>CANADA | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 11<br>CITIGROUP GLOBAL MARKETS<br>3390 Greenwich Street<br>Floor 4<br>New York, NY 10013 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 12<br>DIGITAL SAFETY TECHNOLOGIES<br>511 Davis Drive, Stuite 300<br>Morrisville, NC 27560 | | - | For Notice Purposes Only | | | X | 0.00 |
| Account No.<br>Creditor #: 13<br>E*TRADE SECURITIES LLC<br>Harborside Financial Center<br>501 Plaza 2<br>34 Exchange Place<br>Jersey City, NJ 07311 | | - | Broker | | | | 0.00 |

Sheet no. 2 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re ICOP Digital, Inc. , Case No. 11-20140
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 14<br>FIRST CLEARING<br>1 North Jefferson<br>St. Louis, MO 63103 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 15<br>FIRST SOUTHWEST COMPANY<br>325 North St. Paul Street<br>Suite 800<br>Dallas, TX 75201 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 16<br>GOLDMAN SACHS EXECUTION & CLEARING<br>200 West Street<br>29th Floor<br>NY, NY 10282 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 17<br>HOLD BROTHERS INVESTMENT SVCS.<br>525 Washington Blvd.<br>Ste. 1400A<br>Jersey City, NJ 07310 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 18<br>INTERACTIVE BROKERS LLC<br>1 Pickwick Plaza<br>Greenwich, CT 06830 | | - | Broker | | | | 0.00 |

Sheet no. _3_ of _13_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re  ICOP Digital, Inc. ,  Case No. 11-20140
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 19<br>INVESTORS INDEPENDENT TRUST CO.<br>507 Canyon Blvd<br>Boulder, CO 80302 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 20<br>IROQUOIS MASTER FUND, LTD.<br>641 Lexington Ave.<br>26th Fl<br>New York, NY 10022 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 21<br>J.J.B. HILLIARD<br>500 West Jefferson St.<br>Louisville, KY 40402 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 22<br>J.P. MORGAN CLEARING CORP.<br>One Metrotech Center No.<br>Brooklyn, NY 11201 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 23<br>JANNEY MONTGOMERY SCOTT LLC<br>1801 Market Street<br>Philadelphia, PA 19103 | | - | Broker | | | | 0.00 |

Sheet no. 4 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re ICOP Digital, Inc., Case No. 11-20140
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 24<br>JEFFERIES & COMPANY<br>520 Madison Avenue<br>10th Floor<br>New York, NY 10022 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 25<br>JP MORGAN<br>270 Park Avenue<br>New York, NY 10017 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 26<br>LEHMAN BROTHERS INC<br>745 7th Ave.<br>New York, NY 10020 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 27<br>LPL FINANCIAL<br>One Beacon Street<br>22nd Floor<br>Boston, MA 02108 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 28<br>MARSCO INVESTMENT CORPORATION<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | | - | Broker | | | | 0.00 |

Sheet no. 5 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  ICOP Digital, Inc.                                        ,    Case No.    11-20140
                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 29<br>MERRILL LYNCH<br>1200 Main Street<br>12th Floor<br>Kansas City, MO 64105 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 30<br>MORGAN KEEGAN & CO.<br>400 West Market Street<br>#2050<br>Louisville, KY 40202 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 31<br>MORGAN STANLEY SMITH BARNEY<br>1 New York Plaza<br>36th Floor<br>New York, NY 10004 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 32<br>NATIONAL BANK FINANCIAL.<br>1155 Metcalfe St<br>5th Floor<br>Montreal, Quebec H3B4S9<br>CANADA | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 33<br>NATIONAL FINANCIAL SVCS LLC<br>200 Liberty Street<br>NY4F<br>New York, NY 10281 | | - | Broker | | | | 0.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re ICOP Digital, Inc. , Case No. 11-20140
              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 34<br>OPPENHEIMER & CO. INC.<br>125 Broad Street<br>New York, NY 10004 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 35<br>PANAVISE PRODUCTS, INC.<br>7540 Colbert Drive<br>RENO, NV 89511-1225 | | - | 5-Oct<br>trade payable<br><br>Amended 2/11 to add collection represetnative | | | | 3,055.82 |
| Account No.<br>Bishop Corporate Solutions<br>7456 W. Sahara Ave, Ste. 102<br>Las Vegas, NV 89117 | | | Representing:<br>PANAVISE PRODUCTS, INC. | | | | Notice Only |
| Account No.<br>Creditor #: 36<br>PAULSON INVESTMENT CO INC<br>811 SW NAITO PKWY STE 200<br>PORTLAND, OR 97204 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 37<br>PENSION FINANCIAL SVCS CANADA<br>330 Bay Street<br>Suite 711<br>Toronto, ON M5H 2S8<br>CANADA | | - | Broker | | | | 0.00 |

Sheet no. 7 of 13 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   3,055.82

In re ICOP Digital, Inc. , Case No. 11-20140
　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 38<br>PENSON FINANCIAL SERVICES<br>1700 Pacific Ave<br>Suite 1400<br>Dallas, TX 75201 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 39<br>PERSHING LLC<br>One Pershing Plaza<br>Jersey City, NJ 07399 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 40<br>PRIMEVEST FINANCIAL SERVICES<br>400 1st St. S.<br>Ste. 300<br>St. Cloud, MN 56301 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 41<br>RAYMOND JAMES & ASSOCIATES<br>880 Carillon Parkway<br>St. Petersburg, FL 33716 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 42<br>RBC CAPITAL MKTS CORP<br>Royal Bank Plaza<br>200 Bay Street<br>Toronto, ON M5J 2W7<br>CANADA | | - | Broker | | | | 0.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  ICOP Digital, Inc.  ,  Case No.  11-20140
                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Creditor #: 43 <br> RBC DOMINION SECURITIES. <br> 155 Wellington Street West <br> 17th Floor <br> Toronto, ON M5V 3K7 <br> CANADA | | - | Broker | | | | 0.00 |
| Account No. <br> Creditor #: 44 <br> RELIANCE TRUST COMPANY <br> 1100 Abernathy Road <br> Northpark Building 500 <br> Suite 400 <br> Atlanta, GA 30328 | | - | Broker | | | | 0.00 |
| Account No. <br> Creditor #: 45 <br> RESEARCH CAPITAL CORPORATION <br> 199 Bay Street Suite 4500 <br> Commerce Court West <br> Toronto, ON M5L 1G2 <br> CANADA | | - | Broker | | | | 0.00 |
| Account No. <br> Creditor #: 46 <br> RIDGE CLEARING & OUTSOURCING SOLUTIO <br> 51 Mercedes Way <br> Edgewood, NY 11717 | | - | Broker | | | | 0.00 |
| Account No. <br> Creditor #: 47 <br> ROBERT W. BAIRD & CO. INC. <br> 777 East Wisconsin Avenue <br> Milwaukee, WI 53202 | | - | Broker | | | | 0.00 |

Sheet no. 9 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  ICOP Digital, Inc.  ,  Case No. 11-20140
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 48<br>SCOTIACAPITAL INC.<br>40 King Street West<br>Scotia Plaza<br>Toronto, ON M5W 2X6<br>CANADA | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 49<br>SCOTTRADE INC<br>12800 Corporate Hill Dr.<br>St. Louis, MO 63131 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 50<br>SHAREBUILDER SECURITIES CORPORATION<br>PO Box 4249<br>Seattle, WA 98194-0249 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 51<br>SOUTHWEST SECURITIES<br>1201 Elm Street<br>Suite 3500<br>Dallas, TX 75270 | | - | Broker | | | | 0.00 |
| Account No. ****4171<br>Creditor #: 52<br>Standguard Water<br>640 Magazine St<br>New Orleans, LA 70130 | | - | Trade Payable - monthly fee | | | | 137.04 |

Sheet no. 10 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  137.04

In re ICOP Digital, Inc. , Case No. 11-20140
                                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Alpat Company, Inc.<br>40070 Cane Street, Ste 400<br>Slidell, LA 70461 | | | Representing:<br>Standguard Water | | | | Notice Only |
| Account No.<br><br>Creditor #: 53<br>STEPHENS INC.<br>111 Center Street<br>Little Rock, AR 72201 | | - | Broker | | | | 0.00 |
| Account No.<br><br>Creditor #: 54<br>STERNE AGEE & LEACH INC.<br>670 South Perry Street<br>Montgomery, AL 36104-5820 | | - | Broker | | | | 0.00 |
| Account No.<br><br>Creditor #: 55<br>STIFEL NICOLAUS & CO.<br>501 N. Broadway<br>St. Louis, MO 63102 | | - | Broker | | | | 0.00 |
| Account No.<br><br>Creditor #: 56<br>TD AMERITRADE CLEARING<br>1005 N. Ameritrade Pl<br>Bellevue, NE 68005 | | - | Broker | | | | 0.00 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  ICOP Digital, Inc.  ,  Case No. 11-20140
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 57<br>TD WATERHOUSE<br>1633 Ellis Street<br>Kelowna<br>Kelowna, BC V1Y 2A8<br>CANADA | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 58<br>TERRA NOVA FINANCIAL<br>100 South Wacker<br>Suite 1550<br>Chicago, IL 60606 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 59<br>TRADESTATION SECURITIES<br>TradeStation Building<br>8050 SW 10th Street<br>Suite 2000<br>Plantation, FL 33324 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 60<br>UBS FINANCIAL SERVICES INC.<br>P.O. Box 766<br>Union City, NJ 07087 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 61<br>UBS SECURITIES LLC<br>Client Relations<br>PO Box 766<br>Union City, NJ 07087 | | - | Broker | | | | 0.00 |

Sheet no. 12 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re  ICOP Digital, Inc. ,  Case No. 11-20140
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 62<br>USAA BROKERAGE SERVICES<br>P.O. Box 659453<br>San Antonio, TX 78265 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 63<br>VANGUARD BROKERAGE SERVICES<br>P.O. Box 2600<br>Valley Forge, PA 19482 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 64<br>WEDBUSH MORGAN SECURITIES INC.<br>1000 Wilshire Blvd<br>Los Angeles, CA 90017 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 65<br>WELLS FARGO INVESTMENTS<br>420 Montgomery Street<br>San Francisco, CA 94104 | | - | Broker | | | | 0.00 |
| Account No.<br>Creditor #: 66<br>WILSON-DAVIS & CO.<br>236 S. Main<br>Salt Lake City, UT 84101 | | - | Broker | | | | 0.00 |

Sheet no. 13 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

Total (Report on Summary of Schedules) 4,942.86