# US Bankruptcy Court
## District of Kansas

In re: ICOP Digital, Inc.                                    Case No. 11-20140
                                    Debtor(s)                 Chapter 11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   ALPHA CAPITAL
                                   C/O LH FINANCIAL, 2ND FLOOR, 150 CENTRAL PARK SOUTH, New York, NY 10019

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:      $0.00
   Nature of claim:  Broker
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO        7225 Renner Road, Suite 200
#30820                               Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                    /s/ Joanne B. Stutz KS
                                    Joanne B. Stutz KS #12365; MO #30820
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.          Case No.   11-20140
                    Debtor(s)      Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    ALPINE SECURITIES
                                440 East 400 South, Salt Lake City, UT 84111

2. Claim (amount owed, nature of claim, date incurred):

       Amount owed:    $0.00

       Nature of claim:    Broker

       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820                           Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                               /s/ Joanne B. Stutz KS
                               Joanne B. Stutz KS #12365; MO #30820
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                                          Case No.    11-20140
                                    Debtor(s)              Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    AMERIPRISE FINANCIAL
    834 Ameriprise Financial Ctr, Minneapolis, MN 19101

2. Claim (amount owed, nature of claim, date incurred):
    Amount owed:    $0.00
    Nature of claim:    Broker
    Date incurred:

3. This claim has been scheduled as (Check one box):
    ☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820                            Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                    /s/ Joanne B. Stutz KS
                                    Joanne B. Stutz KS #12365; MO #30820
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                Case No.    11-20140

Debtor(s)            Chapter    11

### NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **ASSENT**
                                      5 Marine Blue Plaza, Suite 102, Hoboken, NJ 07030

2. Claim (amount owed, nature of claim, date incurred):
     Amount owed:    $0.00
     Nature of claim:    Broker
     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;               ☐ priority;             ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                              Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                        /s/ Joanne B. Stutz KS
                                        Joanne B. Stutz KS #12365; MO #30820
                                        **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                  Case No.   11-20140

                      Debtor(s)          Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    Attorney Genl Office
                               Calif Dept of Justice, Attn: Public Inquiry Unit, PO Box 944255, Sacramento, CA 94244

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:    $0.00
       Nature of claim:    For Notice Purposes Only
       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;      ☒ priority;      ☐ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                           Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                              /s/ Joanne B. Stutz KS
                              Joanne B. Stutz KS #12365; MO #30820
                              **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.  
Debtor(s)

Case No.  11-20140  
Chapter  11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  BMO NESBITT BURNS INC.  
1 First Canadian Place, Toronto, ON  M5X 1H3, CANADA

2. Claim (amount owed, nature of claim, date incurred):  
    Amount owed:  $0.00  
    Nature of claim:  Broker  
    Date incurred:

3. This claim has been scheduled as (Check one box):  
☐ secured;  ☐ priority;  ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐  This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐  This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐  This claim was added to the schedules after the deadline for filing claims stated above.

☐  This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐  A plan in this case was confirmed on [Date _____].

☐  No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO #30820      7225 Renner Road, Suite 200  
Shawnee, KS 66217  
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,  Joanne B. Stutz KS #12365; MO #30820  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

        /s/ Joanne B. Stutz KS  
        Joanne B. Stutz KS #12365; MO #30820  
        **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.        Case No.   11-20140

Debtor(s)       Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    BNY MELLON
         1 Wall St., 10th Fl., New York, NY 10286

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:    Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;        ☐ priority;        ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                       Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                  /s/ Joanne B. Stutz KS
                  Joanne B. Stutz KS #12365; MO #30820
                  **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                               Case No.    11-20140

                            Debtor(s)                  Chapter    11

### NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    Brian D. Lozuke
                                     131 Delaware Street, Woodbury, NJ 08096

2. Claim (amount owed, nature of claim, date incurred):

       Amount owed:     $0.00

       Nature of claim:    Representative of Borough of Woodbury Hts PD

       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;                ☐ priority;              ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                                 Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                     /s/ Joanne B. Stutz KS
                                     Joanne B. Stutz KS #12365; MO #30820
                                     **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                      Case No.   11-20140

                              Debtor(s)               Chapter    11

### NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     BROWN BROTHERS HARRIMAN & CO.
                                         140 Broadway, New York, NY 10005

2. Claim (amount owed, nature of claim, date incurred):
        Amount owed:     $0.00
        Nature of claim:    Broker
        Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;               ☐ priority;           ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                                 Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                         /s/ Joanne B. Stutz KS
                                         Joanne B. Stutz KS #12365; MO #30820
                                         **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.        Case No.   11-20140
                Debtor(s)        Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    CHARLES SCHWAB & CO.
                             44 Wall Street, New York, NY 10005

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:    Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;        ☐ priority;        ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820                       Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                   /s/ Joanne B. Stutz KS
                                   Joanne B. Stutz KS #12365; MO #30820
                                   **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.     Case No.   11-20140

Debtor(s)     Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    CIBC WORLD MARKETS
      161 Bay St, Brookfield Place, Toronto, ON M5J 2S8, CANADA

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:    Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;      ☐ priority;      ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820       Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

      /s/ Joanne B. Stutz KS

      Joanne B. Stutz KS #12365; MO #30820
      **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                 Case No.   11-20140

Debtor(s)         Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    CITIGROUP GLOBAL MARKETS
                              3390 Greenwich Street, Floor 4, New York, NY 10013

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:    Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                          Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                /s/ Joanne B. Stutz KS
                                Joanne B. Stutz KS #12365; MO #30820
                                **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.             Case No.   11-20140

Debtor(s)        Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    DIGITAL SAFETY TECHNOLOGIES
                                  511 Davis Drive, Stuite 300, Morrisville, NC 27560

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:    Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;        ☐ priority;        ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                             Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                               /s/ Joanne B. Stutz KS
                               Joanne B. Stutz KS #12365; MO #30820
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.

Case No.  11-20140

Debtor(s)

Chapter  11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   E*TRADE SECURITIES LLC
Harborside Financial Center, 501 Plaza 2, 34 Exchange Place, Jersey City, NJ 07311

2. Claim (amount owed, nature of claim, date incurred):

Amount owed:   $0.00

Nature of claim:   Broker

Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐  This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐  This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐  This claim was added to the schedules after the deadline for filing claims stated above.

☐  This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐  A plan in this case was confirmed on [Date _____].

☐  No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO #30820          7225 Renner Road, Suite 200
Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I,   Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

/s/ Joanne B. Stutz KS
Joanne B. Stutz KS #12365; MO #30820
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                Case No.   11-20140

               Debtor(s)             Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    FIRST CLEARING
                                 1 North Jefferson, St. Louis, MO 63103

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:    $0.00
       Nature of claim:    Broker
       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;            ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO #30820      7225 Renner Road, Suite 200
                                       Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                               /s/ Joanne B. Stutz KS
                               Joanne B. Stutz KS #12365; MO #30820
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.                                     Case No.   11-20140
                                        Debtor(s)              Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    FIRST SOUTHWEST COMPANY
                                        325 North St. Paul Street, Suite 800, Dallas, TX 75201

2. Claim (amount owed, nature of claim, date incurred):

        Amount owed:    $0.00

        Nature of claim:    Broker

        Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;             ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐     This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐     This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐     This claim was added to the schedules after the deadline for filing claims stated above.

☐     This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐     A plan in this case was confirmed on [Date _____].

☐     No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820                            Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                          /s/ Joanne B. Stutz KS
                                        Joanne B. Stutz KS #12365; MO #30820
                                        **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.                                    Case No.   11-20140

                                  Debtor(s)               Chapter   11

### NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    GOLDMAN SACHS EXECUTION & CLEARING
                                         200 West Street, 29th Floor, NY, NY 10282

2. Claim (amount owed, nature of claim, date incurred):
        Amount owed:     $0.00
        Nature of claim:    Broker
        Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;              ☐ priority;             ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                               Shawnee, KS 66217
**Attorney for Debtor(s)** (type name and address)

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                      /s/ Joanne B. Stutz KS
                                      Joanne B. Stutz KS #12365; MO #30820
                                      **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.                                 Case No.  11-20140

                                         Debtor(s)          Chapter  11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    HOLD BROTHERS INVESTMENT SVCS.
                                          525 Washington Blvd., Ste. 1400A, Jersey City, NJ 07310

2. Claim (amount owed, nature of claim, date incurred):

      Amount owed:    $0.00

      Nature of claim:    Broker

      Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;        ☐ priority;        ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820                            Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                            /s/ Joanne B. Stutz KS

                                          Joanne B. Stutz KS #12365; MO #30820
                                          **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                                Case No.   11-20140

                                     Debtor(s)                       Chapter     11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **INTERACTIVE BROKERS LLC**
                                           1 Pickwick Plaza, Greenwich, CT 06830

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:      $0.00
       Nature of claim:    Broker
       Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;                ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                                 Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                    /s/ Joanne B. Stutz KS
                                    Joanne B. Stutz KS #12365; MO #30820
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.                                      Case No.  11-20140
_____                          
                              Debtor(s)                         Chapter  11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   Internal Revenue Service
                                    Centralized Insolvency Ops, PO Box 7346, Philadelphia, PA 19101-7346

2. Claim (amount owed, nature of claim, date incurred):
    Amount owed:        $0.00
    Nature of claim:    For Notice Purposes Only
    Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☒ priority;          ☐ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO        7225 Renner Road, Suite 200
#30820                                Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I,   Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

/s/ Joanne B. Stutz KS
Joanne B. Stutz KS #12365; MO #30820
**Signature**

# United States Bankruptcy Court
## District of Kansas

| | | | |
|---|---|---|---|
| In re | ICOP Digital, Inc. | Case No. | 11-20140 |
| | Debtor(s) | Chapter | 11 |

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    INVESTORS INDEPENDENT TRUST CO.
    507 Canyon Blvd, Boulder, CO 80302

2. Claim (amount owed, nature of claim, date incurred):

    Amount owed:    $0.00
    Nature of claim:    Broker
    Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;    ☐ priority;    ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820    Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

    /s/ Joanne B. Stutz KS
    Joanne B. Stutz KS #12365; MO #30820
    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.            Case No.   11-20140

                  Debtor(s)          Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     IROQUOIS MASTER FUND, LTD.
                               641 Lexington Ave., 26th Fl, New York, NY 10022

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:     $0.00

     Nature of claim:     Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;                  ☐ priority;              ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                              Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                     /s/ Joanne B. Stutz KS

                                     Joanne B. Stutz KS #12365; MO #30820
                                     **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.       Case No.   11-20140

          Debtor(s)       Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    J.J.B. HILLIARD
       500 West Jefferson St., Louisville, KY 40402

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:   Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;       ☐ priority;       ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820                  Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                     /s/ Joanne B. Stutz KS
                     Joanne B. Stutz KS #12365; MO #30820
                     **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                      Case No.    11-20140

                                    Debtor(s)             Chapter      11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    J.P. MORGAN CLEARING CORP.
                                   One Metrotech Center No., Brooklyn, NY 11201

2. Claim (amount owed, nature of claim, date incurred):

       Amount owed:     $0.00

       Nature of claim:    Broker

       Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;                 ☐ priority;                 ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                                Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                       /s/ Joanne B. Stutz KS
                                     Joanne B. Stutz KS #12365; MO #30820
                                     **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                           Case No.    11-20140

                                       Debtor(s)           Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    JANNEY MONTGOMERY SCOTT LLC
                                       1801 Market Street, Philadelphia, PA 19103

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:     $0.00
       Nature of claim:    Broker
       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;                 ☐ priority;              ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                              Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                 /s/ Joanne B. Stutz KS
                                 Joanne B. Stutz KS #12365; MO #30820
                                 **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc. _____    Case No.  11-20140 _____
                                    Debtor(s)           Chapter  11 _____

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  JEFFERIES & COMPANY
                                  520 Madison Avenue, 10th Floor, New York, NY 10022

2. Claim (amount owed, nature of claim, date incurred):

    Amount owed:  $0.00

    Nature of claim:  Broker

    Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;    ☐ priority;    ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO        7225 Renner Road, Suite 200
#30820                               Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, ___Joanne B. Stutz KS #12365; MO #30820___, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                    /s/ Joanne B. Stutz KS _____
                    Joanne B. Stutz KS #12365; MO #30820
                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                  Case No.    11-20140

                           Debtor(s)         Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    JP MORGAN
                                   270 Park Avenue, New York, NY 10017

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:    $0.00
       Nature of claim:    Broker
       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;            ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820                         Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                   /s/ Joanne B. Stutz KS
                                   Joanne B. Stutz KS #12365; MO #30820
                                   **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                    Case No.   11-20140

                         Debtor(s)                    Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    LEHMAN BROTHERS INC
                                 745 7th Ave., New York, NY 10020

2. Claim (amount owed, nature of claim, date incurred):

       Amount owed:    $0.00

       Nature of claim:    Broker

       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;             ☐ priority;             ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                              Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                 /s/ Joanne B. Stutz KS
                                 Joanne B. Stutz KS #12365; MO #30820
                                 **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.        Case No.   11-20140

Debtor(s)     Chapter   11

### NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    LPL FINANCIAL
       One Beacon Street, 22nd Floor, Boston, MA 02108

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00
     Nature of claim:   Broker
     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;        ☐ priority;        ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                       Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                 /s/ Joanne B. Stutz KS
                 Joanne B. Stutz KS #12365; MO #30820
                 **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                         Case No.    11-20140

Debtor(s)           Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    MARSCO INVESTMENT CORPORATION
                                    101 Eisenhower Parkway, Roseland, NJ 07068

2. Claim (amount owed, nature of claim, date incurred):
     Amount owed:    $0.00
     Nature of claim:    Broker
     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;             ☐ priority;             ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                             Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011 .

                                /s/ Joanne B. Stutz KS
                                Joanne B. Stutz KS #12365; MO #30820
                                **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.                                         Case No.   11-20140
                                    Debtor(s)                      Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    MERRILL LYNCH
                                    1200 Main Street, 12th Floor, Kansas City, MO 64105

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:      $0.00
   Nature of claim:  Broker
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;              ☐ priority;              ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO       7225 Renner Road, Suite 200
#30820                               Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                    /s/ Joanne B. Stutz KS
                                    Joanne B. Stutz KS #12365; MO #30820
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.          Case No.   11-20140

Debtor(s)        Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     Minnesota Atty General
       1400 Bremer Tower, 445 Minnesota Street, Saint Paul, MN 55101

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:   For Notice Purposes Only

     Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;      ☒ priority;      ☐ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                          Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                 /s/ Joanne B. Stutz KS
                 Joanne B. Stutz KS #12365; MO #30820
                 **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.                                   Case No.   11-20140

                                    Debtor(s)                    Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):      MORGAN KEEGAN & CO.
                                      400 West Market Street, #2050, Louisville, KY 40202

2. Claim (amount owed, nature of claim, date incurred):
         Amount owed:      $0.00
         Nature of claim:     Broker
         Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;             ☐ priority;             ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐     This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐     This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐     This claim was added to the schedules after the deadline for filing claims stated above.

☐     This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐     A plan in this case was confirmed on [Date _____].

☐     No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                                 Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                               /s/ Joanne B. Stutz KS
                               Joanne B. Stutz KS #12365; MO #30820
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.           Case No.   11-20140

Debtor(s)       Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    MORGAN STANLEY SMITH BARNEY
                                     1 New York Plaza, 36th Floor, New York, NY 10004

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:   Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;         ☐ priority;         ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820                          Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                  /s/ Joanne B. Stutz KS
                                  Joanne B. Stutz KS #12365; MO #30820
                                  **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.            Case No.   11-20140

                      Debtor(s)        Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    N. Carolina Atty General
                              9001 Mail Service Center, Raleigh, NC 27699

2. Claim (amount owed, nature of claim, date incurred):
        Amount owed:      $0.00
        Nature of claim:    For Notice Purposes Only
        Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;      ☒ priority;      ☐ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                          Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                        /s/ Joanne B. Stutz KS
                        Joanne B. Stutz KS #12365; MO #30820
                        **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.               Case No.   11-20140

                 Debtor(s)       Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    NATIONAL BANK FINANCIAL.
                            1155 Metcalfe St, 5th Floor, Montreal, Quebec H3B4S9, CANADA

2. Claim (amount owed, nature of claim, date incurred):

       Amount owed:     $0.00

       Nature of claim:    Broker

       Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;           ☐ priority;           ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                        Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                          /s/ Joanne B. Stutz KS

                          Joanne B. Stutz KS #12365; MO #30820

                          **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.          Case No.   11-20140

                 Debtor(s)          Chapter   11

### NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     NATIONAL FINANCIAL SVCS LLC
                               200 Liberty Street, NY4F, New York, NY 10281

2. Claim (amount owed, nature of claim, date incurred):
         Amount owed:    $0.00
         Nature of claim:   Broker
         Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                       Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                               /s/ Joanne B. Stutz KS
                               Joanne B. Stutz KS #12365; MO #30820
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.

Debtor(s)

Case No.  11-20140

Chapter  11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   OPPENHEIMER & CO. INC.

125 Broad Street, New York, NY 10004

2. Claim (amount owed, nature of claim, date incurred):

Amount owed:   $0.00

Nature of claim:   Broker

Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;      ☐ priority;      ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820    Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

/s/ Joanne B. Stutz KS

Joanne B. Stutz KS #12365; MO #30820

**Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.                Case No.   11-20140

                        Debtor(s)         Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    PAULSON INVESTMENT CO INC
                                 811 SW NAITO PKWY STE 200, PORTLAND, OR 97204

2. Claim (amount owed, nature of claim, date incurred):

       Amount owed:     $0.00

       Nature of claim:    Broker

       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;             ☐ priority;           ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                            Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                /s/ Joanne B. Stutz KS
                                Joanne B. Stutz KS #12365; MO #30820
                                **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.            Case No.   11-20140

                     Debtor(s)       Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     PENSION FINANCIAL SVCS CANADA
                               330 Bay Street, Suite 711, Toronto, ON M5H 2S8, CANADA

2. Claim (amount owed, nature of claim, date incurred):

       Amount owed:    $0.00

       Nature of claim:    Broker

       Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;         ☐ priority;         ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐     This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐     This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐     This claim was added to the schedules after the deadline for filing claims stated above.

☐     This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐     A plan in this case was confirmed on [Date _____].

☐     No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                         Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                               /s/ Joanne B. Stutz KS
                               Joanne B. Stutz KS #12365; MO #30820
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re ICOP Digital, Inc.                                   Case No. 11-20140
                                  Debtor(s)                Chapter 11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    PENSON FINANCIAL SERVICES
                                    1700 Pacific Ave, Suite 1400, Dallas, TX 75201

2. Claim (amount owed, nature of claim, date incurred):
    Amount owed:     $0.00
    Nature of claim:  Broker
    Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;              ☐ priority;              ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO       7225 Renner Road, Suite 200
#30820                               Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I,    Joanne B. Stutz KS #12365; MO #30820    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                          /s/ Joanne B. Stutz KS
                                          Joanne B. Stutz KS #12365; MO #30820
                                          **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                         Case No.    11-20140

                                    Debtor(s)            Chapter      11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    PERSHING LLC
                                  One Pershing Plaza, Jersey City, NJ 07399

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:    Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;               ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                             Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                             /s/ Joanne B. Stutz KS
                             Joanne B. Stutz KS #12365; MO #30820
                             **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.         Case No.   11-20140
        Debtor(s)         Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    PRIMEVEST FINANCIAL SERVICES
                                400 1st St. S., Ste. 300, St. Cloud, MN 56301

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:    $0.00
       Nature of claim:    Broker
       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                            Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                           /s/ Joanne B. Stutz KS
                           Joanne B. Stutz KS #12365; MO #30820
                           **Signature**

# United States Bankruptcy Court
## District of Kansas

In re ___ICOP Digital, Inc.___      Case No. ___11-20140___
Debtor(s)     Chapter ___11___

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     RAYMOND JAMES & ASSOCIATES
880 Carillon Parkway, St. Petersburg, FL 33716

2. Claim (amount owed, nature of claim, date incurred):

Amount owed:    $0.00

Nature of claim:    Broker

Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;     ☐ priority;     ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820     Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, ___Joanne B. Stutz KS #12365; MO #30820___ , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

/s/ Joanne B. Stutz KS

Joanne B. Stutz KS #12365; MO #30820
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.                                                Case No.  11-20140
                                                      Debtor(s)              Chapter  11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    RBC CAPITAL MKTS CORP
                                            Royal Bank Plaza, 200 Bay Street, Toronto, ON M5J 2W7, CANADA

2. Claim (amount owed, nature of claim, date incurred):

      Amount owed:    $0.00

      Nature of claim:    Broker

      Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;                ☐ priority;                ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820                                Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                        /s/ Joanne B. Stutz KS
                                        Joanne B. Stutz KS #12365; MO #30820
                                        **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                   Case No.    11-20140

Debtor(s)         Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    RBC DOMINION SECURITIES.
                               155 Wellington Street West, 17th Floor, Toronto, ON M5V 3K7, CANADA

2. Claim (amount owed, nature of claim, date incurred):

       Amount owed:     $0.00

       Nature of claim:    Broker

       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;               ☐ priority;             ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                            Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                             /s/ Joanne B. Stutz KS
                             Joanne B. Stutz KS #12365; MO #30820
                             **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.                                    Case No.   11-20140
_____
                    Debtor(s)                               Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  RELIANCE TRUST COMPANY
   1100 Abernathy Road, Northpark Building 500, Suite 400, Atlanta, GA 30328

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:     $0.00
   Nature of claim: Broker
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed:  _____

5. Original deadline for filing proofs of claim:  _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:  _____

or

☐  This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐  This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐  This claim was added to the schedules after the deadline for filing claims stated above.

☐  This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐  A plan in this case was confirmed on [Date  _____].

☐  No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date  _____] at [Location  _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date  _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO        7225 Renner Road, Suite 200
#30820                                Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,  Joanne B. Stutz KS #12365; MO #30820  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                              /s/ Joanne B. Stutz KS
                              Joanne B. Stutz KS #12365; MO #30820
                              **Signature**

# United States Bankruptcy Court
## District of Kansas

In re ICOP Digital, Inc.

Debtor(s)

Case No. 11-20140

Chapter 11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): RESEARCH CAPITAL CORPORATION
199 Bay Street Suite 4500, Commerce Court West, Toronto, ON M5L 1G2, CANADA

2. Claim (amount owed, nature of claim, date incurred):

Amount owed: $0.00

Nature of claim: Broker

Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured; ☐ priority; ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO #30820

7225 Renner Road, Suite 200
Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, Joanne B. Stutz KS #12365; MO #30820 , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

/s/ Joanne B. Stutz KS

Joanne B. Stutz KS #12365; MO #30820
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.     Case No.   11-20140

Debtor(s)     Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    RIDGE CLEARING & OUTSOURCING SOLUTIO
     51 Mercedes Way, Edgewood, NY 11717

2. Claim (amount owed, nature of claim, date incurred):

Amount owed:    $0.00

Nature of claim:    Broker

Date incurred:

3. This claim has been scheduled as (Check one box):
  ☐ secured;      ☐ priority;      ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820      Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

       /s/ Joanne B. Stutz KS
       Joanne B. Stutz KS #12365; MO #30820
       **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.          Case No.   11-20140

                Debtor(s)      Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     ROBERT W. BAIRD & CO. INC.
                               777 East Wisconsin Avenue, Milwaukee, WI 53202

2. Claim (amount owed, nature of claim, date incurred):
      Amount owed:     $0.00
      Nature of claim:    Broker
      Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;           ☐ priority;           ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                         Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                   /s/ Joanne B. Stutz KS
                                   Joanne B. Stutz KS #12365; MO #30820
                                   **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.                                      Case No.   11-20140
                                        Debtor(s)               Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     Bishop Corporate Solutions
                                     7456 W. Sahara Ave., Ste. 102, Las Vegas, NV 89117

2. Claim (amount owed, nature of claim, date incurred):
      Amount owed:     $3,055.82
      Nature of claim: Representing Panavise Products, Inc.
      Date incurred:   5 - Oct.

3. This claim has been scheduled as (Check one box):
   ☐ secured;            ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO        7225 Renner Road, Suite 200
#30820                               Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,  Joanne B. Stutz KS #12365; MO #30820  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                        /s/ Joanne B. Stutz KS
                                        Joanne B. Stutz KS #12365; MO #30820
                                        **Signature**

# United States Bankruptcy Court
## District of Kansas

In re ICOP Digital, Inc.

Debtor(s)

Case No. 11-20140

Chapter 11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): S. Carolina Atty Gen
Rembert Dennis Building, 1000 Assembly Street, Rm 519, Columbia, SC 29201

2. Claim (amount owed, nature of claim, date incurred):

Amount owed: $0.00

Nature of claim: For Notice Purpose Only

Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured; ☒ priority; ☐ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO #30820        7225 Renner Road, Suite 200
Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, Joanne B. Stutz KS #12365; MO #30820 , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

/s/ Joanne B. Stutz KS

Joanne B. Stutz KS #12365; MO #30820

**Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.          Case No.   11-20140

Debtor(s)      Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    SCOTIACAPITAL INC.
             40 King Street West, Scotia Plaza, Toronto, ON M5W 2X6, CANADA

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:    Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;        ☐ priority;        ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐      This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐      This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐      This claim was added to the schedules after the deadline for filing claims stated above.

☐      This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐      A plan in this case was confirmed on [Date _____].

☐      No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                         Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                       /s/ Joanne B. Stutz KS

                       Joanne B. Stutz KS #12365; MO #30820

                       **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.                  Case No.   11-20140

                            Debtor(s)                Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    SCOTTRADE INC
                                  12800 Corporate Hill Dr., St. Louis, MO 63131

2. Claim (amount owed, nature of claim, date incurred):

      Amount owed:    $0.00

      Nature of claim:    Broker

      Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;             ☐ priority;             ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                               Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                 /s/ Joanne B. Stutz KS
                                 Joanne B. Stutz KS #12365; MO #30820
                                 **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.       Case No.   11-20140

     Debtor(s)       Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    SHAREBUILDER SECURITIES CORPORATION
                                    PO Box 4249, Seattle, WA 98194-0249

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00
     Nature of claim:    Broker
     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;             ☐ priority;             ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                            Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                  /s/ Joanne B. Stutz KS
                                  Joanne B. Stutz KS #12365; MO #30820
                                  **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.      Case No. 11-20140

Debtor(s)      Chapter 11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  SOUTHWEST SECURITIES
     1201 Elm Street, Suite 3500, Dallas, TX 75270

2. Claim (amount owed, nature of claim, date incurred):

Amount owed:    $0.00

Nature of claim:    Broker

Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;      ☐ priority;      ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820      Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

/s/ Joanne B. Stutz KS

Joanne B. Stutz KS #12365; MO #30820

**Signature**

# United States Bankruptcy Court
## District of Kansas

In re  ICOP Digital, Inc.                                    Case No.  11-20140
_____
                                    Debtor(s)                Chapter  11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   Standguard Water
                                   640 Magazine St, New Orleans, LA 70130

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:      $137.04
   Nature of claim:  Trade Payable - monthly fee
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;              ☐ priority;              ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                             Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                   /s/ Joanne B. Stutz KS
                                   Joanne B. Stutz KS #12365; MO #30820
                                   **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.             Case No.    11-20140
                    Debtor(s)          Chapter    11

### NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    STEPHENS INC.
                             111 Center Street, Little Rock, AR 72201

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00
     Nature of claim:    Broker
     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                           Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                 /s/ Joanne B. Stutz KS
                                 Joanne B. Stutz KS #12365; MO #30820
                                 **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.              Case No.    11-20140

                              Debtor(s)      Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     STERNE AGEE & LEACH INC.
                                     670 South Perry Street, Montgomery, AL 36104-5820

2. Claim (amount owed, nature of claim, date incurred):

       Amount owed:     $0.00

       Nature of claim:    Broker

       Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;              ☐ priority;           ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                          Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                               /s/ Joanne B. Stutz KS
                               Joanne B. Stutz KS #12365; MO #30820
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.          Case No.   11-20140

Debtor(s)      Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    STIFEL NICOLAUS & CO.
                                501 N. Broadway, St. Louis, MO 63102

2. Claim (amount owed, nature of claim, date incurred):

      Amount owed:    $0.00

      Nature of claim:    Broker

      Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;            ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                               Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                      /s/ Joanne B. Stutz KS
                                      Joanne B. Stutz KS #12365; MO #30820
                                      **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.            Case No.   11-20140

           Debtor(s)          Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    TD AMERITRADE CLEARING
                               1005 N. Ameritrade Pl, Bellevue, NE 68005

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:     $0.00

     Nature of claim:    Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐     This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐     This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐     This claim was added to the schedules after the deadline for filing claims stated above.

☐     This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐     A plan in this case was confirmed on [Date _____].

☐     No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                        Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                /s/ Joanne B. Stutz KS

                                Joanne B. Stutz KS #12365; MO #30820

                                **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.        Case No.    11-20140
                Debtor(s)        Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    TD WATERHOUSE
                         1633 Ellis Street, Kelowna, Kelowna, BC V1Y 2A8, CANADA

2. Claim (amount owed, nature of claim, date incurred):

       Amount owed:    $0.00

       Nature of claim:    Broker

       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                          Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                               /s/ Joanne B. Stutz KS
                               Joanne B. Stutz KS #12365; MO #30820
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                                      Case No.    11-20140

                                          Debtor(s)                    Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    TERRA NOVA FINANCIAL
                                      100 South Wacker, Suite 1550, Chicago, IL 60606

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:    $0.00
       Nature of claim:    Broker
       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;                ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐     This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐     This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐     This claim was added to the schedules after the deadline for filing claims stated above.

☐     This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐     A plan in this case was confirmed on [Date _____].

☐     No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                              Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,     Joanne B. Stutz KS #12365; MO #30820    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                     /s/ Joanne B. Stutz KS
                                     Joanne B. Stutz KS #12365; MO #30820
                                   **Signature**

# District of Kansas

In re  ICOP Digital, Inc.

Debtor(s)

Case No.  11-20140

Chapter  11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  TRADESTATION SECURITIES
TradeStation Building, 8050 SW 10th Street, Suite 2000, Plantation, FL 33324

2. Claim (amount owed, nature of claim, date incurred):

Amount owed:  $0.00

Nature of claim:  Broker

Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;　　☐ priority;　　☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO #30820　　7225 Renner Road, Suite 200
Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, ___Joanne B. Stutz KS #12365; MO #30820___, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

/s/ Joanne B. Stutz KS

Joanne B. Stutz KS #12365; MO #30820
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.                                   Case No.   11-20140

                                          Debtor(s)            Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

  1. Creditor (name and address):     UBS FINANCIAL SERVICES INC.
                                             P.O. Box 766, Union City, NJ 07087

2. Claim (amount owed, nature of claim, date incurred):

          Amount owed:    $0.00
          Nature of claim:    Broker
          Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                             Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                      /s/ Joanne B. Stutz KS
                                    Joanne B. Stutz KS #12365; MO #30820
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.            Case No.   11-20140

Debtor(s)      Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    UBS SECURITIES LLC
                                Client Relations, PO Box 766, Union City, NJ 07087

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:    $0.00
       Nature of claim:   Broker
       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                           Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                            /s/ Joanne B. Stutz KS
                            Joanne B. Stutz KS #12365; MO #30820
                            **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.                     Case No.   11-20140

                               Debtor(s)               Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    US Attorney - Kansas
                                   Rm 360, 500 State Avenue, Kansas City, KS 66101

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:    $0.00
       Nature of claim:    For Notice Purposes Only
       Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;             ☐ priority;             ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                                 Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                               /s/ Joanne B. Stutz KS
                               Joanne B. Stutz KS #12365; MO #30820
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re ICOP Digital, Inc.          Case No. 11-20140
            Debtor(s)    Chapter 11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **USAA BROKERAGE SERVICES**
            P.O. Box 659453, San Antonio, TX 78265

2. Claim (amount owed, nature of claim, date incurred):
  Amount owed: $0.00
  Nature of claim: Broker
  Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;    ☐ priority;    ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO  7225 Renner Road, Suite 200
#30820          Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,  Joanne B. Stutz KS #12365; MO #30820 , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

        /s/ Joanne B. Stutz KS
        Joanne B. Stutz KS #12365; MO #30820
        **Signature**

# United States Bankruptcy Court
## District of Kansas

In re ICOP Digital, Inc.

Debtor(s)

Case No. 11-20140

Chapter 11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  VANGUARD BROKERAGE SERVICES
P.O. Box 2600, Valley Forge, PA 19482

2. Claim (amount owed, nature of claim, date incurred):

Amount owed:  $0.00

Nature of claim:  Broker

Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐  This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐  This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐  This claim was added to the schedules after the deadline for filing claims stated above.

☐  This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐  A plan in this case was confirmed on [Date _____].

☐  No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO #30820          7225 Renner Road, Suite 200
Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, ___Joanne B. Stutz KS #12365; MO #30820___, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

/s/ Joanne B. Stutz KS
Joanne B. Stutz KS #12365; MO #30820
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.                 Case No.   11-20140

                             Debtor(s)          Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    Washington St. Atty Gen
                                    1125 Washington St. SE, PO Box 40100, Olympia, WA 98504

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:    For Notice Purposes Only

     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;         ☒ priority;          ☐ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO     7225 Renner Road, Suite 200
#30820                           Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                               /s/ Joanne B. Stutz KS
                               Joanne B. Stutz KS #12365; MO #30820
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.          Case No.   11-20140

Debtor(s)      Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    WEDBUSH MORGAN SECURITIES INC.
                                  1000 Wilshire Blvd, Los Angeles, CA 90017

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    $0.00

     Nature of claim:   Broker

     Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;            ☐ priority;            ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                            Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                                     /s/ Joanne B. Stutz KS
                                     Joanne B. Stutz KS #12365; MO #30820
                                     **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.          Case No.   11-20140

                  Debtor(s)      Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    WELLS FARGO INVESTMENTS
                              420 Montgomery Street, San Francisco, CA 94104

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:    $0.00
       Nature of claim:   Broker
       Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;          ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO    7225 Renner Road, Suite 200
#30820                     Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011.

                               /s/ Joanne B. Stutz KS
                               Joanne B. Stutz KS #12365; MO #30820
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   ICOP Digital, Inc.      Case No.   11-20140

Debtor(s)     Chapter   11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    WILSON-DAVIS & CO.
       236 S. Main, Salt Lake City, UT 84101

2. Claim (amount owed, nature of claim, date incurred):
     Amount owed:    $0.00
     Nature of claim:    Broker
     Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;       ☐ priority;       ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO #30820      7225 Renner Road, Suite 200
     Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011

           /s/ Joanne B. Stutz KS
           Joanne B. Stutz KS #12365; MO #30820
           **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    ICOP Digital, Inc.                                    Case No.    11-20140
                                    Debtor(s)              Chapter    11

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):      Alpat Company, Inc.
                                      40070 Cane Street, Ste. 400, Slidell LA 70461

2. Claim (amount owed, nature of claim, date incurred):
    Amount owed:      $137.04
    Nature of claim:  Representing Standguard Water
    Date incurred:

3. This claim has been scheduled as (Check one box):
    ☐ secured;              ☐ priority;          ☒ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Joanne B. Stutz KS #12365; MO      7225 Renner Road, Suite 200
#30820                              Shawnee, KS 66217
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    Joanne B. Stutz KS #12365; MO #30820    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on February 16, 2011

                                      /s/ Joanne B. Stutz KS
                                      Joanne B. Stutz KS #12365; MO #30820
                                      **Signature**